AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊖

# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT G. ROAM,

       Plaintiff,

          v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5662

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

> The Court finds the ALJ properly determined that plaintiff's disability had ceased in March 1997. Accordingly, the ALJ's decision hereby is AFFIRMED.

September 5, 2008

BRUCE RIFKIN
Clerk

s/ *Traci Whiteley*
By Traci Whiteley, Deputy Clerk